## 65644. AVERY v. THE STATE.

CARLEY, Judge.

Appellant appeals from an order revoking his probation on the ground that he had committed the crimes of motor vehicle theft and theft by taking.

Appellant's sole enumeration of error is that the evidence did not authorize a finding that he had violated his probation in the

stated particulars. Our review of the transcript demonstrates that there was sufficient slight evidence that appellant was in fact a party to both crimes. See generally *Hearing v. State,* 151 Ga. App. 895 (262 SE2d 207) (1979).

Accordingly, the judgment is affirmed.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

DECIDED MAY 27, 1983.

*Michael R. Eddings,* for appellant.

*Darrell E. Wilson, District Attorney, Mickey R. Thacker, Assistant District Attorney,* for appellee.